UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 06-391M |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| RAHSAAN TAHID MOORE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

<u>Offenses charged</u>:

Count 1:  Felon in Possession of a Firearm in violation of 18 U.S.C. § 922(g)(1).

<u>Date of Detention Hearing</u>:   August 1, 2006.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)  Defendant has a background history of 33 previous failures to appear in Court.

(2)  Defendant is associated with the use of several alias names.

(3)  The execution of a search warrant revealed that defendant had in his possession many documents associated with identify theft, and that he has the knowledge and means of creating new identities.

(4)  There appear to be no conditions or combination of conditions other than

detention that will reasonably address the risk of flight.

    IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 1st day of August, 2006.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge