# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            )<br>        Plaintiff, )<br>            )<br>    vs.     )<br>            )     **CR06-262 TSZ**<br>RAHSAAN TAHID MOORE, )<br>            )<br>        Defendant. )     **MINUTE ORDER** | |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

The Unopposed Motion to Withdraw and for Substitution of CJA Counsel (dkt # 9) is hereby GRANTED.  Mr. Avenia is allowed to withdraw and CJA counsel shall be appointed.

Dated this 9th day of August , 2006

/S/ PETER H. VOELKER
 Deputy Clerk

**MINUTE ORDER**