1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, Plaintiff, v. RAHSAAN TAHID MOORE, Defendant. | No. CR06-262Z<br><br>ORDER |
|---|---|

The Court has considered the unopposed motion filed by defendant pursuant to 18 U.S.C. § 3161(h)(8)(A) concerning a continuance of the trial in this case:

THE COURT FINDS that continuing the trial in this case is necessary to allow defense counsel adequate time to investigate and effectively to prepare for trial.

THE COURT FINDS, pursuant to 18 U.S.C. § 3161(h)(8)(A), that the ends of justice served by continuing the trial in this case outweigh the interest of the public and of the defendant in a more speedy trial.

IT IS THEREFORE ORDERED, that the trial in this case shall be continued until December 4, 2006, and that the period of time from September 26, 2006, up to and including December 4, 2006, shall be excludable time under 18 U.S.C. § 3161(h)(8)(A).

ORDER  1–

IT IS SO ORDERED.

DATED this 27th day of September, 2006.

_____
Thomas S. Zilly
United States District Judge

ORDER  2–