JUDGE ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. CR06-0262 TSZ |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER CONTINUING TRIAL** |
| | ) | |
| RAHSAAN TAHID MOORE | ) | |
| Defendant, | ) | |
| | ) | |

The Court has considered the unopposed motion filed by defendant pursuant to 18 U.S.C. § 3161 (h)(8)(A) concerning a continuance of the trial in this case:

THE COURT FINDS that continuing the trial in this case is necessary to allow defense counsel adequate time to investigate and effectively to prepare for trial,

THE COURT FINDS, pursuant to 18 U.S.C. § 3161 (h)(8)(A), that the ends of justice served by continuing the trial in this case outweigh the interest of the public and of the defendant in a more speedy trial.

IT IS THEREFORE ORDERED, that the trial in this case shall be continued until, March 5, 2007 and that the period of time from December 7,

Order to continuing Trial- 1  1219426-P

Bruce D. Erickson
411 University St., Suite 1200
Seattle, WA 98101

2006, up to and including, March 5, 2007 shall be excludable time under 18

U.S.C. § 3161 (h)(8)(A).  New motion cutoff will be February 2, 2007.

DONE this 27th day of November, 2006.


s/ Thomas S. Zilly

_____
Thomas S. Zilly
UNITED STATES DISTRICT JUDGE

Presented By:

s/ Bruce D. Erickson
BRUCE D. ERICKSON
Counsel for Rahsaan Moore

W.S.B.A. #2005
411 University St., Suite 1200
Seattle, WA 98101
Telephone:  (206) 624-1200
Fax:  (206) 340-5988
E-mail:  brucedericksoncja@yahoo.com

Bruce D. Erickson
411 University St., Suite 1200
Seattle, WA 98101